```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE: ASBESTOS PRODUCTS        :    Consolidated Under
LIABILITY LITIGATION (No. VI)   :    MDL DOCKET NO. 875
                                :
                                :
WILLIAM AND CAROL CURTIS        :
                                :
                                :
     v.                         :    Civil Action No. 10-cv-2863
                                :
                                :
                                :    Case originally filed in the
PNEUMO ABEX CORP., ET AL.       :    Eastern District of
                                :    Pennsylvania
```

**O R D E R**

**AND NOW**, this **9th** day of **August, 2011**, it is hereby **ORDERED** that Defendants' Motions for Summary Judgment, listed in Exhibit "A," attached, are **GRANTED**.


**AND IT IS SO ORDERED.**


                                                  S/Eduardo C. Robreno
                                             **EDUARDO C. ROBRENO, J.**